IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EREZ RIMONI, ALON RIMONI** and **SHAI MANAGEMENT COMPANY, LLC,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:20cv1390 **Electronic Filing** |
| **COMMONWEALTH LAND TITLE INSURANCE COMPANY,** | ) ) ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 2nd day of August, 2024, upon due consideration of Plaintiffs' Motion to Withdraw Motion to Remand and to Lift Stay, IT IS ORDERED that [17] the motion be, and the same hereby is, granted.  Plaintiff's [8] motion to remand is deemed to have been withdrawn and the stay imposed by the Order of October 30, 2020, is lifted.  An order resetting the case management conference will follow.

                                               s/David Stewart Cercone
                                               David Stewart Cercone
                                               Senior United States District Judge

cc:    Robert S. Bootay, III, Esquire
          Kevin D. Huber, Esquire
          R. Sean O'Connell, Esquire
          James A. Willhite, Esquire

(*Via CM/ECF Electronic Mail*)